UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY GEIS, et al. : | |
| Plaintiffs : | |
| v. : | Civil Action No. 07-4238(KSH) |
| AIRBORNE HEALTH, INC., et al. : | ORDER ON INFORMAL APPLICATION |
| Defendants : | |

This matter having come before the Court by way of letters dated December 4, 2007 and December 18, 2007, regarding the preliminary approval of the settlement of related claims and the plaintiffs' statement that they do not intend to opt into that settlement and that they seek to pursue their own claims;

and the Court now directing the parties to submit a letter that explains whether or not this Court has subject matter jurisdiction over the New Jersey plaintiffs' claims, whether or not any plaintiff purchased the Walgreen product, and whether or not the Walgreen product is the subject of the California settlement or if it will be pursued here;

IT IS THEREFORE ON THIS 18th day of December, 2007

ORDERED that, no later than **December 28, 2007**, the parties shall submit letters that explain: (1) whether or not this Court has subject matter jurisdiction over the New Jersey plaintiffs' claims involving the Airborne product, (2) whether or not any plaintiff purchased the Walgreen product, and (3) whether or not the Walgreen product is the subject of the California settlement or if it will only be pursued here.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**