**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GREGORY GEIS and STEWART ROPER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN COMPANY,<br>Defendant. | Civ. Action No. 07-4238 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

In this matter, the Court has previously granted preliminary certification of the settlement class and approval of the class settlement (D.E. 127). For the reasons set forth in its Opinion filed herewith, the Court certifies the settlement class and grants final approval to the class action settlement(D.E.173). The Court has reviewed the separate applications for an award of attorney's fees and costs filed on behalf of Gregory Geis (D.E. 151) and Stewart Roper (D.E. 163), and the application for an award to each class representative (D.E. 163), all such amounts to be paid out of the settlement funds. For the reasons set forth in the Opinion filed herewith the Court grants attorneys' fees in the amount of $600,000, to be divided equally between *Geis* counsel and *Roper* counsel; costs in the amount of $3,000 for *Geis* counsel, subject to itemization, and $17,616.90 for *Roper* counsel; and an award to each class representative in the amount of $2,500.

**SO ORDERED** this 30th day of September, 2010.

/s/ Katharine S. Hayden

Katharine S.Hayden, U.S.D.J.